AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

SEP 3 0 2020

David J. Bradley, Clerk of Court

| United States of America | ) | |
| v. | ) | Case No. C - 20 - 1725 M |
| Troy Jay BIRD | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ September 29, 2020 _____ in the county of _____ Nueces _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with the intent to distribute a controlled substance in Schedule II of the Controlled Substance Act of 1970, to wit; more than 50 grams of methamphetamine. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_Lance Rathke_
Complainant's signature

Lance Rathke, Task Force Officer
Printed name and title

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found:

Date: _Sep. 30, 2020_

_Jason B. Libby_
Judge's signature

City and state: _____ Corpus Christi, Texas _____

Jason B. Libby, United States Magistrate Judge
Printed name and title

BIRD, Troy Jay

## ATTACHMENT "A"

On September 29, 2020 agents executed a federal search warrant in Corpus Christi, Texas previously identified as a business and residence of Troy BIRD. During the execution of the warrant, approximately 397 grams of suspected methamphetamine was recovered from BIRD's bedroom A presumptive test was performed on the suspected methamphetamine and returned a positive result for the presence of methamphetamine. Also located near the methamphetamine were packaging materials and scales. The quantity of the methamphetamine discovered, in combination with packaging materials and scales, infers that the methamphetamine was possessed with the intent to distribute.

On September 29, 2020, AUSA Dennis Robinson was contacted based upon the above facts and accepted prosecution of Troy BIRD for violations of 21 United States Code 841, Possession with the intent to distribute a controlled substance in Schedule II of the Controlled Substance Act of 1970. To Wit; more than fifty (50) grams of methamphetamine.

Lance Rathke, Task Force Officer
Homeland Security Investigations

Submitted by reliable electronic means, sworn to,

signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found:

Jason B. Libby
United States Magistrate Judge